UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIM JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE SONGWRITER COLLECTIVE, LLC, | ) |
| E. JEAN MASON, BUDD CARR, | ) |
| ROBERT D'LOREN and FORTRESS | ) |
| CREDIT OPPORTUNITIES I LP, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |
| | ) |
| THE SONGWRITER COLLECTIVE, LLC, | )  No. 3:05-0320 |
| | )  JUDGE ECHOLS |
|     Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT D'LOREN, | ) |
| | ) |
|     Cross-Defendant. | ) |
| _____ | ) |
| | ) |
| THE SONGWRITER COLLECTIVE, LLC, | ) |
| | ) |
|     Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANNIE ROBOFF and UCC CAPITAL | ) |
| CORP., | ) |
| | ) |
|     Third Party Defendants. | ) |

**ORDER**

    For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

    (1) That portion of the Motion of Third-Party Defendant Annie Roboff to Dismiss and for Certain Alternate Relief (Docket Entry No. 100) that has not been withdrawn by her (Docket Entry No. 112) is hereby DENIED.

1

(2) This case is returned to the Magistrate Judge for further case management pursuant to Local Rule 16.01.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE